Núm. 9810.—PUEBLO, apldo. *v.* SANTIAGO, aplte.—C. D. Ponce. Acometimiento y agresión simple. Marzo 23, 1943.

(Por la Corte, a propuesta del Juez Presidente Señor Del Toro.)

POR CUANTO, Mariano Santiago fué denunciado por Asteria Espada por haberla acometido y agredido con intención de causarle grave daño corporal, en Coamo, el 31 de mayo de 1942, y visto el caso en la corte de distrito de Ponce fué declarado culpable y condenado a pagar cincuenta dólares de multa, y

POR CUANTO, Santiago apeló para ante la Corte Suprema señalando como único error el cometido a su juicio por el tribunal sentenciador al apreciar la prueba, y

POR CUANTO, celebrada la vista del recurso, oído el fiscal y examinada la transcripción se encuentra que la evidencia fué contradictoria, habiéndose resuelto el conflicto en contra del apelante, sin que se haya demostrado pasión, prejuicio, parcialidad o error manifiesto por parte del juzgador:

POR TANTO, procede declarar como se declara sin lugar el recurso confirmar como se confirma la sentencia apelada que dictó la corte distrito de Ponce el día catorce de octubre de 1942.